84/353

**Dismissed, Order issued October 29 , 1996**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

---

## No. 05-92-01746-CR

---

**JAMES CHARLES TUTSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

## OPINION AND ORDER

---

Before Chief Justice Thomas and Justices Maloney and Hankinson

James Charles Tutson appeals his conviction for unlawful possession of cocaine. Appellant's conviction followed a plea bargain agreement, and the punishment assessed by the trial court did not exceed that agreed to by appellant and the State. Appellant filed only a general notice of appeal.

In one point of error, appellant claims there is no evidence to support his plea of guilty. Sufficiency of the evidence is a nonjurisdictional issue. *See Lyon v. State,* 872 S.W.2d 732, 736 (Tex. Crim. App.), *cert. denied,* 114 S. Ct. 2684 (1994). Because appellant filed a general notice of appeal, this Court does not have jurisdiction over the appeal. *Lyon,* 872

S.W.2d at 736.

Accordingly, we **DISMISS** the appeal for want of jurisdiction.

LINDA THOMAS
CHIEF JUSTICE

Do Not Publish
Tex. R. App. P. 90